# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LATONYA WEST ) | |
| 2215 E. TAYLOR DR. ) | |
| OLATHE, KANSAS 66062 ) | |
| ) | |
| ARIANA DUNBAR ) | |
| 9817 W. 79th PLACE, APT. 906 ) | |
| OVERLAND PARK, KS 66204 ) | |
| ) | |
|           Plaintiffs, ) | Case No: |
| v. ) | |
| ) | Division No: |
| COLBY PIKE ) | |
| 14440 NW 76TH ST. ) | |
| KANSAS CITY, MO 64152 ) | |
| ) | |
|           Defendant. ) | |

## COMPLAINT

COME NOW Plaintiffs LaTonya West and Ariana Dunbar, by and through their attorneys of record, and for their cause of action against Defendant Colby Pike state and allege as follows:

## ALLEGATIONS COMMON TO ALL COUNTS

1. Plaintiff LaTonya West was and is a citizen and resident of Johnson County, Kansas.

2. Plaintiff Ariana Dunbar was and is a citizen and resident of Johnson County, Kansas.

3. Defendant Colby Pike was and is a citizen and resident of Platte County, Missouri.

4. The acts and omissions described herein took place in Johnson County, Kansas.

5. There is complete diversity of citizenship in this matter pursuant to 28 U.S.C.A. § 1332, since Plaintiffs LaTonya West and Ariana Dunbar are each citizen residents of the State of Kansas and Defendant Colby Pike is a resident of the State of Missouri.

6. The amount in controversy for each Count exceeds Seventy-Five Thousand Dollars and No/100 ($75,000.00), exclusive of interest and costs.

7. On January 25, 2022, Plaintiff LaTonya West was operating her 2018 Ford Fusion westbound on the off-ramp from southbound I-35 at, or near the intersection of, Lone Elm Road when Defendant Pike at the same time and place was also traveling westbound on the off-ramp from southbound I-35 and caused the front of his vehicle to collide with the rear of Plaintiff LaTonya West's vehicle. Plaintiff Ariana Dunbar was a front seat passenger in the Plaintiff LaTonya West's vehicle.

## COUNT I – LATONYA WEST

8. Plaintiff LaTonya West incorporates by reference paragraphs 1 through 7 of this Complaint as fully set forth herein.

9. Defendant Pike was careless and negligent in the following respects:

   a. Failed to comply with all relevant traffic laws, rules, and regulations for the operation of motor vehicles;

   b. Failed to keep a careful and proper lookout;

   c. Failed to keep the vehicle under proper control;

   d. Failed to yield the right-of-way;

   e. Driving too fast under the current conditions;

   f. Inattentiveness;

   g. Rear ending the Plaintiff West's vehicle;

   h. Failed to stop, slow, swerve or keep a proper distance in order to avoid colliding with a vehicle; and

   i. Other acts of negligence or fault to be determined by way of discovery.

10. As a direct and proximate result of the carelessness and negligence of Defendant Pike, Plaintiff LaTonya West suffered lasting, permanent, and disabling injuries of head, neck, back, arms and legs/knees. Plaintiff LaTonya West has suffered and will suffer in the future great bodily pain, shock, loss of sleep and rest, loss of enjoyment of life; Plaintiff LaTonya West has incurred medical expenses for care and treatment for her injuries. Plaintiff LaTonya West's ability to work has been impaired; that Plaintiff LaTonya West's earning capacity has been impaired; that Plaintiff LaTonya West has suffered and will in the future suffer loss of wages and income.

**WHEREFORE**, Plaintiff LaTonya West prays for judgment on Count I against Defendant Pike in a sum in excess of Seventy-Five Thousand Dollars and No/100 ($75,000.00) that will adequately compensate her for past, present, and future injuries, and damages that she has sustained, for her costs herein incurred, for pre-judgment interest and for such other damages or relief that the Court deems just and appropriate under the circumstances.

## COUNT II – ARIANA DUNBAR

11. Plaintiff Ariana Dunbar incorporates by reference paragraphs 1 through 10 of this Complaint as fully set forth herein.

12. Defendant Pike was careless and negligent in the following respects:

   a. Failed to comply with all relevant traffic laws, rules, and regulations for the operation of motor vehicles;

   b. Failed to keep a careful and proper lookout;

   c. Failed to keep the vehicle under proper control;

   d. Failed to yield the right-of-way;

   e. Driving too fast under the current conditions;

   f. Inattentiveness;

   g. Rear ending the Plaintiff West's vehicle;

   h. Failed to stop, slow, swerve or keep a proper distance in order to avoid colliding with a vehicle; and

   i. Other acts of negligence or fault to be determined by way of discovery.

13. As a direct and proximate result of the carelessness and negligence of Defendant Pike, Plaintiff Ariana Dunbar suffered lasting, permanent, and disabling injuries of neck, back, and right shoulder. Plaintiff Ariana Dunbar has suffered and will suffer in the future great bodily pain, shock, loss of sleep and rest, loss of enjoyment of life; Plaintiff Ariana Dunbar has incurred medical expenses for care and treatment for her injuries. Plaintiff Ariana Dunbar's ability to work has been impaired; that Plaintiff Ariana Dunbar's earning capacity has been impaired; that Plaintiff LaTonya West has suffered and will in the future suffer loss of wages and income.

**WHEREFORE**, Plaintiff Ariana Dunbar prays for judgment on Count II against Defendant Pike in a sum in excess of Seventy-Five Thousand Dollars and No/100 ($75,000.00) that will adequately compensate her for past, present, and future injuries, and damages that she has sustained, for her costs herein incurred, for pre-judgment interest and for such other damages or relief that the Court deems just and appropriate under the circumstances.

      Respectfully submitted,

      DOUGHERTY & HOLLOWAY, LLC

  By */s/ Philip R. Holloway*
      Philip R. Holloway, KS #22745
      9 Westowne Drive, Suite B
      Liberty, Missouri. 64068
      (816) 891-9990
      (816) 891-9905 – Facsimile
      pholloway@dh-law.com

      ATTORNEYS FOR PLAINTIFF

## DEMAND FOR JURY TRIAL

Plaintiffs LaTonya West and Ariana Dunbar demand a jury trial of all issues in this matter.

    Respectfully submitted,

    DOUGHERTY & HOLLOWAY, LLC

By  */s/ Philip R. Holloway*

    Philip R. Holloway, KS #22745
    9 Westowne Drive, Suite B
    Liberty, Missouri. 64068
    (816) 891-9990
    (816) 891-9905 – Facsimile
    pholloway@dh-law.com

    ATTORNEYS FOR PLAINTIFF